HENRY ELGARTEN, Respondent, v. HOWARD S. HOIT, Individually, and Others, Appellants.— Order granting defendants' motion for a bill of particulars so far as appealed from affirmed. Bill of particulars to be served within ten days after the plaintiff has completed his examination of defendants before trial. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

JAMES A. WHITCOMB, Respondent, v. SWIFT TARBELL, Appellant, Impleaded with Another.— Order so far as appealed from modified by excluding items 14 and 15 of the notice of motion, and as so modified affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

MARY DANA, Respondent, v. THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Verified bill of particulars to be served within ten days from service of order. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

BLANCHE C. ALEXANDER, Respondent, v. THE TORRIDAIRE COMPANY and ABERCROMBIE & FITCH COMPANY, Appellant.*— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Glennon, J., dissents as to Abercrombie & Fitch Company.

CHARLES BURNHAM SQUIER, Appellant, v. AUGUSTUS S. HOUGHTON and Others, Respondents, Impleaded with Others.— Judgment and orders affirmed, with costs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of EDWARD M. FRIEDMAN v. JOHN H. DELANEY, Chairman of the Board of Transportation of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ABRAHAM J. GOLDSTEIN v. FRANK J. MUHLFELD.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JOHN A. HARRISS v. J. FREDERIC TAMS, etc., Impleaded with CHARLES KING.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

FRED A. APFELBAUM, Individually, etc., v. UNITED FOUNDERS CORPORATION and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES v. EMANUEL STEUER and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

BANK OF UNITED STATES v. UNITED STATES FIDELITY AND GUARANTY COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley and Untermyer, JJ.

EMIL SCHWAB and Another v. DAVID BACHRACH and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

* Leave to appeal denied, 264 N. Y. 672.